cal    sc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SCHOENFELD,        )<br>                                       )<br>            Plaintiff,         )<br>v.                                    )<br>                                       )<br>ERIK QUAMME, et al.,     )<br>                                       )<br>            Defendants.    )<br>                                       ) | Civil No.02cv0819 WQH (AJB)<br><br>ORDER FOLLOWING SETTLEMENT<br>CONFERENCE |

On January 14, 2008, the Court convened a Settlement Conference in the above entitled action. Appearing were Tom Friedberg, Esq. and Aaron Schoenfeld on behalf of plaintiff; Tom Reeve, Esq. and Steve Poliakoff, Esq. on behalf of defendant.

Settlement could not be reached in the case at this time. Defense exams are still outstanding and plaintiffs have not yet received the life care plan necessary for full analysis of the damages issues. A significant issue with regard to liability remains, and settlement cannot be discussed in that regard until the expert discovery is underway.

The parties have an issue with regard to the payment of plaintiff's airfare and hotel for a return to San Diego following the Neuroma excision procedure in February or March. Following discussion, the Court orders the defense to pay the cost of the airfare and hotel expenses for this visit. Counsel will confer on the timing of the evaluations in this regard.

1  Given the current status in the case, the Court is converting the May 12, 2008, 10:00 a.m.
2  Voluntary Settlement Conference to a telephonic Settlement Status Conference. Plaintiff's counsel will
3  initiate the call on that date and the parties will evaluate the progress of the case in terms of settlement
4  discussion, and confirm the August 11, 2008, 2:00 p.m. Mandatory Settlement Conference previously
5  set.

6  IT IS SO ORDERED.

8  DATED: January 15, 2008

   Hon. Anthony J. Battaglia
   U.S. Magistrate Judge
   United States District Court