cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SCHOENFELD, ) | Civil No.02cv0819 WQH (AJB) |
| ) | |
| Plaintiff, ) | ORDER FOLLOWING SETTLEMENT |
| v. ) | CONFERENCE |
| ) | |
| ERIK QUAMME, et al., ) | |
| ) | |
| Defendants. ) | |

On September 22, 2008, the Court convened a Settlement Conference in the above entitled action. Appearing were Thomas Friedberg, Esq. on behalf of plaintiff; Steven Poliakoff, Esq., Thomas Reeve, Esq. and Catherine O'Connor, law clerk, on behalf of defendant.

Settlement could not be reached. The parties will continue to discuss settlement prospects and will contact the Court if further settlement conferences appear helpful.

In the meantime, all pending dates remain confirmed.

IT IS SO ORDERED.

DATED: September 30, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court